UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| ROBERT ALFRED PICARD | CIVIL ACTION NO. 6:19-CV-01537 |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| INSTRUMENTAL & ELECTRICAL TECHNOLOGIES LLC | MAGISTRATE CAROL WHITEHURST |

**************************************************************************

## FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

HAVING CONSIDERED the Joint Motion to Dismiss With Prejudice filed by the parties and finding there good cause for the granting of same:

IT IS ORDERED, ADJUDGED AND DECREED that the Joint Motion to Dismiss With Prejudice be and is hereby granted.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiff's lawsuit and all claims asserted by Plaintiff in the above-captioned lawsuit be and are hereby dismissed with prejudice.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the parties shall jointly bear and be responsible for their own respective court costs, attorney's fees and expenses.

THUS DONE AND SIGNED on this 10th day of March, 2025 in Lafayette, Louisiana.

_____
HONORABLE ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE